IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DANNY HUBBARD                                                                                              PLAINTIFF

VS.                                                                     CIVIL ACTION NO. 3:04CV117LN

GEOFFREY STILL, SHELLY BOONE,
JOHN HUSEBOSCH, JON COOLEY,
WILLIE WATKINS, JOHN FORMAN,
ANTONIO L. PITTMAN, HAROLD
GRAY, WILMA TOWNSEND, LEIGH
WELLS, WILLIAM SIMPSON, KYLE
REYNOLDS, GREGORY REYNOLDS,
DAVID ELSON, JIM RUBBLE, RONNIE
ODOM and KEVIN MAY                                                                              DEFENDANTS

## ORDER

This cause came on this date to be heard upon Defendants' Objection to the Report and Recommendation of the United States Magistrate Judge, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about January 16, 2007, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge James C. Sumner entered on or about January 16, 2007, and the same is hereby, adopted as the finding of this Court, and the Defendants' Motion for Summary Judgment is hereby denied.

IT IS SO ORDERED, this the 29th day of January, 2007.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE