IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DANNY HUBBARD                                                                  PLAINTIFF

VS.                                                            CIVIL DOCKET CASE NO. 3:04CV117

JOHN DOES, ET AL                                                              DEFENDANTS

## ORDER

IT IS HEREBY ORDERED that this case be passed to the inactive files.

ORDERED this 10th day of September, 2009.

                                         /S/ TOM S. LEE
                                         UNITED STATES DISTRICT JUDGE